| | |
|---|---|
| Name | **Kelley Coelho** |
| Street Address | **PO Box 1115** |
| City and County | **Hughson, Stanislaus County** |
| State and Zip Code | **California, 95326** |
| Telephone Number | **619-274-4737** |

# FILED

## AUG 14 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Kelley Coelho

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

**-against-**

Marie Alvarado-Gil

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 1:24-CV-00939-BAM
_(to be filled in by the Clerk's Office)_

Jury Trial:   ☒ Yes   ☐ No
_(check one)_

```
NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files.  Under this rule, papers filed with the court should
not contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number.  A filing may include
only: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in forma pauperis.
```

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Kelley Coelho |
| Street Address | PO Box 1115 |
| City and County | Hughson, Stanislaus County |
| State and Zip Code | California, 95326 |
| Telephone Number | 619-274-4737 |
| E-mail Address | misskcoelho@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Marie Alvarado-Gil |
| Job or Title (if known) | California District 4 Senator |

2

| | |
|---|---|
| Street Address | 12590 Contini Mine Road |
| City and County | Jackson, Amador County |
| State and Zip Code | California and 95642 |
| Telephone Number | 916-651-4004 |
| E-mail Address (if known) | Senator.Alvarado-Gil@senate.ca.gov |

☐ Individual capacity      ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Vanessa Bravo |
| Job or Title (if known) | Chief of Staff |
| Street Address | 1021 O Street Room 7240 |
| City and County | Sacramento, Sacramento County |
| State and Zip Code | California 95814 |
| Telephone Number | 916-651-4004 |
| E-mail Address (if known) | Vanessa.Bravo@sen.ca.gov |

☐ Individual capacity      ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

☐ Individual capacity      ☐ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title | |

(if known)

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____
(if known)

☐    Individual capacity          ☐    Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 U.S.C. 1983, U.S. Code § 241 s & 18 U.S.C. 112
_____

_____

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A
_____

_____

_____

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

42 U.S.C. 1983, U.S. Code § 241 s & 18 U.S.C. 112

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Turlock Police Department Headquarters

244 North Broadway

Turlock, CA 95380

B.  What date and approximate time did the events giving rise to your claim(s) occur?

June 21, 2024- 2:00pm

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Marie Alvarado Gil & Vanessa Bravo (Chief of Staff) directed Chief David Mullins from the Stanislaus County Sheriff's Department to remove Ms. Kelley Coelho & Mr. Jack Griffith from Turlock Police Headquarters. There were multiple key witnesses that observed and overheard multiple conversations from Marie Alvarado Gil and her staff. Ms. Kelley Coelho (B and C Investigations) and Mr. Jack Griffith (Protecting Soldiers Rights)

were attending a protest to support the community regarding the sexually violent predators being placed in Stanislaus County. Ms. Gil showed up to the protest for approximately three minutes for a photo op and left immediately. Before leaving, she walked up to me (Kelley Coelho) and Jack Griffith to thank us for our efforts regarding he sexually violent predator issues. Immediately after the protest on Central Avenue in Mountain View we all immediately left to police headquarters where the incident occurred.    B and C investigations was contracted to support the families in the Mountain View/Turlock/Ballico community on the sexually violent predator issues.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$5,000,000.00- Damages

6

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

**Civil Rights Department**

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
1-800-884-1684 (voice) | 1-800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

June 24, 2024

Kelley Coelho
PO BOX 1115
Hughson, CA 95326

RE:    **Notice to Complainant**
       CRD Matter Number: 202406-25205324
       Right to Sue: Coelho / Alvarado-Gil

Dear Kelley Coelho:

Attached is a copy of your complaint of discrimination filed with the Civil Rights Department (CRD) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also attached is a copy of your Notice of Case Closure and Right to Sue.

**Pursuant to Government Code section 12962, CRD will not serve these documents on the employer.** You must serve the complaint separately, to all named respondents.  If you do not have an attorney, you must serve the complaint yourself. Please refer to the attached Notice of Case Closure and Right to Sue for information regarding filing a private lawsuit in the State of California. A courtesy "Notice of Filing of Discrimination Complaint" is attached for your convenience.

Be advised that the CRD does not review or edit the complaint form to ensure that it meets procedural or statutory requirements.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 2024/05)



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**Civil Rights Department**

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
1-800-884-1684 (voice) | 1-800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

June 24, 2024

RE:   **Notice of Filing of Discrimination Complaint**
        CRD Matter Number: 202406-25205324
        Right to Sue: Coelho / Alvarado-Gil

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the Civil Rights Department (CRD) in accordance with Government Code section 12960. This constitutes service of the complaint pursuant to Government Code section 12962. The complainant has requested an authorization to file a lawsuit. A copy of the Notice of Case Closure and Right to Sue is enclosed for your records.

Please refer to the attached complaint for a list of all respondent(s) and their contact information.

No response to CRD is requested or required.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 2024/05)



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**Civil Rights Department**

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
1-800-884-1684 (voice) | 1-800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

GAVIN NEWSOM, GOVERNOR

KEVIN KISH, DIRECTOR

June 24, 2024

Kelley Coelho
PO BOX 1115
Hughson, CA 95326

RE:    **Notice of Case Closure and Right to Sue**
CRD Matter Number: 202406-25205324
Right to Sue: Coelho / Alvarado-Gil

Dear Kelley Coelho:

This letter informs you that the above-referenced complaint filed with the Civil Rights Department (CRD) has been closed effective June 24, 2024 because an immediate Right to Sue notice was requested.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this CRD Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,

Civil Rights Department

CRD - ENF 80 RS (Revised 2024/05)

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA**
**Civil Rights Department**
**Under the California Fair Employment and Housing Act**
**(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**

Kelley Coelho

CRD No. 202406-25205324

Complainant,

vs.

Marie Alvarado-Gil
1020 15th Street
Modesto, CA 95355

Respondents
_____

1. Respondent **Marie Alvarado-Gil** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

2. Complainant **Kelley Coelho**, resides in the City of **Hughson,** State of **CA.**

3. Complainant alleges that on or about **June 21, 2024,** respondent took the following adverse actions:

**Complainant was harassed** because of complainant's gender identity or expression, military and veteran status, other, association with a member of a protected class.

**Complainant was discriminated against** because of complainant's other protected characteristics and as a result of the discrimination was other adverse action(s).

**Additional Complaint Details:** Targeting my business- B and C Investigations, 1st Amendment Rights Violation.

-1-
*Complaint – CRD No. 202406-25205324*

Date Filed: June 24, 2024

CRD-ENF 80 RS (Revised 2024/05)

VERIFICATION

I, **Kelley Coelho**, am the **Other** in the above-entitled complaint. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

On June 24, 2024, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Turlock, CA**

-2-

Complaint – CRD No. 202406-25205324

Date Filed: June 24, 2024

CRD-ENF 80 RS (Revised 2024/05)

## Statement

From:   Jack Griffith (rodeo6960@aol.com)

To:     misskcoelho@yahoo.com

Date:   Monday, August 12, 2024 at 08:10 PM PDT


On the day in question we had a road side protest at the Central st site just north of west Main Street in rural Turlock where two SVPs were going to be released from a state hospital to the community. I did not have prior contact with the Senate district 4's office in regards to the release of the SVPs. During the protest at around 11:40 am Marie Alvarado-Gil showed up on-site with two staffers one of which was Vanessa Bravo, the senators media director. As soon as she gets out of the car I hugged the senator and added greetings and introduced her to the investigator on the case and parents that rallied the troops for a parents meeting at Chatom Elementary the night prior to the site protest. On the site visit Marie had conversations with myself and Kelley Coelho, George retana about the site visit and situation with the SVPs, during this conversation Marie made a joke to Vanessa Bravo about me running against her in the last election for State Senate and that I was going to run again, there was nothing but smiles and compliments during this interaction. The Senator ask me if I was going to be at her press conference being held at the Turlock police departments media room, I told her that I would see her there and Marie and her staff got in their car and left. When I arrived at the Turlock police department I had saw some of the parents from our area in the parking lot and front entrance to the media room, after greeting some of them I was approached by a member of our team of parents telling me that Miss Coelho was already inside the media room. I proceeded to the door of the media room the cadet at the door asked me my credentials which I verbally started to tell her that I was a member of the behavioral health board of Stanislaus County when the door was opened from the inside from a member of media and I made contact with Miss Coelho, George rentana, Candice Gonzales, and I talked to a few others while all our elected officials were still discussing matters in a different room. I sat down against the wall in chairs provided for the event, Vanessa Bravo comes out of a rear area and calls a sheriff's officer over to her, after that conversation the Sheriffs Officer who happen to be the Chief in Waterford asked me if he can talk to me for a minute, I told him no problem and he whisks me away outside and asks me if I have credentials to be in the room, I tell him I do and that I can have that verified. He then asked who kelley was and then proceeded back inside to retrieve Miss Coelho and bring her outside and asked for her credentials, when she informed the Chief her credentials were inside her purse that was now inside the building unattended and then showed him an email from the senators office confirming her to be an attendee he told us that he would be right back to not return until after the room was being cleared. During the press conference I left the property for concerns I was being labeled a threat and wanted to reduce any ideas of proceeding problems so that the parents that showed up could speak to their representatives without worry of my presence.


Jack Griffith

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 14 , 2024.

Signature of Plaintiff _____

Printed Name of Plaintiff _____ Kelley Coelho _____

7