UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY COELHO,<br><br>Plaintiff,<br><br>v.<br><br>MARIE ALVARADO-GIL, *et al.*,<br><br>Defendants. | Case No.  2:24-cv-02181-KJM-JDP (PS)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTIONS TO KEEP CASE IN THE FRESNO DIVISION AND FOR PERMISSION TO FILE DOCUMENTS ELECTRONICALLY<br><br>ECF Nos. 2 & 6 |

Plaintiff, who is proceeding without counsel, commenced this action in the Fresno Division of the United States District Court for the Eastern District of California.  With her complaint, plaintiff also filed a motion to keep this case in the Fresno Division, noting that defendants work in Sacramento and "requesting due process with unbiased[ed] parties/judges on this case."  ECF No. 2.  The case, along with plaintiff's motion, was subsequently transferred to the Sacramento Division.  ECF No. 3.

Plaintiff's complaint alleges constitutional violations arising out of her removal from Turlock Police Headquarters at the direction of defendants Alvarado-Gil and Bravo.  ECF No. 1. Because the events giving rise to her claims occurred in Stanislaus County, this case was properly transferred to the Sacramento Division.  *See* ECF No. 1; E.D. Cal. L.R. 120(d), (f).  And the mere fact that one or more of the defendants work in Sacramento does not establish bias or prejudice

towards plaintiff.  Plaintiff's motion to keep this action in the Fresno Division is denied.

Plaintiff has also filed a motion for permission to file documents electronically.  ECF No. 6.  Generally, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge."  E.D. Cal. L.R. 133(b)(2).  "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception."  E.D. Cal. L.R. 133(b)(3).

Plaintiff's motion does not demonstrate good cause to depart from the normal filing procedure for unrepresented litigants.  The motion is denied.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to keep this case in the Fresno Division, ECF No. 2, is denied.

2. Plaintiff's motion for permission to file documents electronically, ECF No. 6, is denied.

IT IS SO ORDERED.

Dated:   September 30, 2024                    _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE

2