UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY COELHO,<br><br>                  Plaintiff,<br><br>       v.<br><br>MARIE ALVARADO-GIL, et al.,<br><br>                  Defendants. | No.  2:24-cv-02181-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 34, 36) |

Plaintiff Kelley Coelho is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 35.)

On May 20, 2025, the assigned magistrate judge issued findings and recommendations recommending Plaintiff's motion for injunctive relief (Doc. No. 34) be denied. (Doc. No. 36.) Specifically, the magistrate judge found Plaintiff failed to comply with the court's local rules applicable to requests for injunctive relief, and her "motion suffers from unreasonable delay" since she "waited nearly nine months after the filing of her original complaint to move for a temporary restraining order." (*Id*. at 3–4.) The magistrate judge also found Plaintiff's motion to be "substantively defective" because Plaintiff seeks injunctive relief that is "too far removed from the allegations" in her operative first amended complaint. (*Id*. at 4–5.) Those findings and recommendations were served on the parties and contained notice that any objections thereto

were to be filed within fourteen (14) days from the date of service. (*Id.* at 5.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 20, 2025 (Doc. No. 36) are ADOPTED in full;
2. Plaintiff's motion for injunctive relief (Doc. No. 34) is DENIED; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **June 13, 2025**

Dena Coggins
United States District Judge

2