UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY COELHO, | Case No.  2:24-cv-2181-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| MARIE ALVARADO-GIL, et al., | |
| Defendants. | (ECF Nos. 44, 52) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 26, 2026, the magistrate judge filed findings and recommendations recommending Plaintiff's renewed motion for a temporary restraining order (ECF No. 44) be denied.  (ECF No. 54.) The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 54.)  No objections were filed, and the time in which to do so has passed.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on February 26, 2026, (ECF No. 54) are ADOPTED;

2. Plaintiff's renewed motion for a temporary restraining order, (ECF No. 44), is DENIED; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **March 19, 2026**

_____
Dena Coggins
United States District Judge

2