UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY COELHO, | Case No.  2:24-cv-2181-DC-JDP |
| Plaintiff, | |
| v. | ORDER WITHDRAWING THE REFERRAL TO THE MAGISTRATE JUDGE |
| MARIE ALVARADO-GIL, | |
| Defendant. | |

This case, in which plaintiff was proceeding without counsel, was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On June 26, 2026, attorney Brandon Schwartz filed a notice of appearance as counsel for plaintiff.  ECF No. 55.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge.[1]  I will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

_____

[1] The June 4, 2025 Findings and Recommendations, ECF No. 41, remain pending before Judge Coggins.

1

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge.

IT IS SO ORDERED.

Dated:     June 30, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE