MICHAEL J. STRUMWASSER (SBN 58413)
ANDREA SHERIDAN ORDIN (SBN 38235)
SALVADOR E. PÉREZ (SBN 309514)
TESSA R. BAIZER (SBN 336028)
STRUMWASSER & WOOCHER LLP
1250 6th Street, Suite 205
Santa Monica, California 90401
Tel: (310) 576-1233
Fax: (310) 319-0156
mstrumwasser@strumwooch.com
aordin@strumwooch.com
sperez@strumwooch.com
tbaizer@strumwooch.com

CARA L. JENKINS (SBN 271432)
BRIAN A. BOBB (SBN 250594)
SULI A. MASTORAKOS (SBN 330383)
OFFICE OF LEGISLATIVE COUNSEL
925 L Street, Suite 900
Sacramento, California 95814
Tel: (916) 341-8323
Fax: (916) 341-8290
suli.mastorakos@legislativecounsel.ca.gov

*Attorneys for Defendants Marie Alvarado-Gil and Vanessa Bravo*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLEY COELHO,<br><br>Plaintiff,<br><br>v.<br><br>MARIE ALVARADO-GIL, et al.,<br><br>Defendants. | Case No. 2:24-CV-02181-DC-JDP<br><br>**DEFENDANTS' REVISED NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FEDERAL RULE 12(b)(6)**<br><br>Amended Complaint Filed: July 24, 2026<br><br>Hearing Date: October 16, 2026<br>Time: 1:30 PM<br>Courtroom: 10<br>Judge: Hon. Dena M. Coggins<br><br>Action Filed: August 14, 2024 |

**REVISED NOTICE OF MOTION AND MOTION**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT ON** October 16, 2026, at 1:30 PM, or as soon thereafter as the matter may be heard by the Honorable Dena M. Coggins in Courtroom 10, located at 501 I Street, 13th Floor, Sacramento, California 95814, Defendants Marie Alvarado-Gil and Vanessa Bravo will and hereby do move the Court for an order dismissing Plaintiff's Second Amended Complaint without leave to amend under Federal Rule of Civil Procedure 12(b)(6).

This motion is based on this Revised Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the files and records in this action; and other written and oral argument as may be allowed or presented to the Court.

By the motion, Defendants seek an order on behalf of Defendants Alvarado-Gil and Bravo.

Defendants originally filed the instant Motion on September 4, 2026, and noticed it for hearing on October 15, 2026 before Judge Peterson. On September 8, 2026, Judge Peterson issued a minute order (ECF No. 67) stating that per the withdrawal of assignment of this case to a magistrate judge (ECF No. 56), the October 15, 2026 hearing date was vacated and "[c]ounsel for Defendant shall contact the Clerk for District Judge Dena Coggins for available law and motion dates." Accordingly, Defendants timely filed their Motion, which is being refiled now solely to comply with Judge Peterson's order.

Dated: September 11, 2026

STRUMWASSER & WOOCHER LLP
Michael J. Strumwasser
Andrea Sheridan Ordin
Salvador E. Pérez
Tessa R. Baizer

OFFICE OF LEGISLATIVE COUNSEL
Cara L. Jenkins
Brian A. Bobb
Suli A. Mastorakos

By: __________________________
Michael J. Strumwasser

*Attorneys for Defendants Marie Alvarado-Gil and Vanessa Bravo*

**CERTIFICATION REGARDING EFFORTS TO MEET AND CONFER**

**I, Michael Strumwasser, certify as follows:**

1. I am a partner at Strumwasser & Woocher, LLP, and counsel for Defendants Alvarado-Gil and Bravo. I have personal knowledge of the facts set forth in this Certification unless indicated otherwise below, and if called as a witness, could and would testify competently to such facts under oath.

2. On September 4, 2026, Defendants Alvarado-Gil and Bravo filed their Motion to Dismiss Plaintiff's Second Amended Complaint, which was noticed for hearing before Judge Peterson.

3. Before the Motion was filed, I called Plaintiff's counsel Brandon Schwartz and left him a voicemail requesting a call to discuss our mutual obligations. I did not hear back before the Motion was filed.

4. On September 8, 2026, I received an order from the Hon. Jeremy D. Peterson (ECF No. 67) stating that per the withdrawal of assignment of this case to a magistrate judge (ECF No. 56), the October 15, 2026 hearing date was vacated and "[c]ounsel for Defendant shall contact the Clerk for District Judge Dena Coggins for available law and motion dates."

5. I then reviewed Judge Coggins's standing order, including the requirement of a certification and summary of meet and confer efforts. Judge Peterson's standing order does not have this requirement for noticed motions.

6. Accordingly, on September 9, 2026, I called Mr. Schwartz again and left a voicemail requesting a meet and confer.

7. On September 10, 2026, I wrote a reminder email to Mr. Schwartz. Mr. Schwartz responded and we met and conferred that evening regarding the case, and scheduled a further meeting for the morning of September 11, 2026.

8. On September 11, 2026, the parties met and conferred regarding the Motion, which Mr. Schwartz had reviewed. The parties agreed that they were at an impasse and that the motion would need to be briefed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11th of September, 2026, at Santa Monica, California.

By: ______________________________
Michael J. Strumwasser

*Attorneys for Defendants Marie Alvarado-Gil and Vanessa Bravo*