Brandon J. Schwartz (SBN 361655)
Schwartz APC
1104 Corporate Way, Ste. 244
Sacramento, CA 95831
Telephone: (916) 571-3205
Fax: (279) 348-8203
Email: brandon.schwartz@schwartzapc.com

Attorney for Plaintiff
**Kelley Coelho**

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KELLEY COELHO,

Plaintiff,

vs.

MARIE ALVARADO-GIL, et al..

Defendants.

Case No. 2:24-CV-02181-DC-JDP

**NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF AND AN ORDER TO STAY THESE PROCEEDINGS**

Date: December 18, 2026

Time: 1:30 p.m.

Dept: Courtroom 10

Judge: Hon. Dena M. Coggins

**TO THE COURT, ALL PARTIES APPEARING, PLAINTIFF KELLEY COELHO, AND COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT ON** December 18, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable Dena M. Coggins in Courtroom 10, located at 501 I Street, 13th Floor, Sacramento, California 95814, counsel for Kelley Coelho, Brandon Schwartz / Schwartz APC ("Schwartz"), will and hereby does move for an order permitting withdraw as counsel for Kelley Coelho and for a sixty-day stay to permit Kelley Coelho to find new counsel.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the files and records in this action, and other written and oral argument as may be allowed or presented to the Court.

**TO PLAINTIFF KELLEY COELHO:**

**ADDITIONAL NOTICE IS HEREBY GIVEN THAT** important deadlines and obligations remain in this case. Any opposition to this motion must be made in writing within fourteen days of service. Copies must be provided to the Court, to the undersigned, and to counsel for Defendants Alvarado-Gil and Bravo.

We are also directed by the Court to either effect service on Defendant Mullins or provide a status report regarding service no later than November 20, 2026. Defendants Alvarado-Gil and Bravo have indicated they are not opposed to this motion but are opposed to any stay in this case. You have a right to be heard on both issues. I plan to argue in favor of a stay, should the issue be contested in any opposition papers, because I have a professional obligation to protect your interests – and I believe a stay giving you time to find replacement counsel is in your interests.

**YOU HAVE IMPORTANT RIGHTS AT STAKE. IF YOU OPPOSE THIS MOTION BUT DO NOT FILE A TIMELY OPPOSITION, YOU MAY BE LEFT WITHOUT COUNSEL IN THIS CASE.**

Date: October 24, 2026

By: /s/ Brandon J. Schwartz
Brandon J. Schwartz
Attorney for Plaintiff KELLEY COELHO

**DECLARATION OF BRANDON J. SCHWARTZ REGARDING EFFORTS TO MEET AND CONFER AND IN SUPPORT OF MOTION**

I, Brandon J. Schwartz, certify as follows:

1. I am an attorney at law duly authorized to practice before the Courts of the State of California and the Eastern District of California and am the attorney of record in the instant matter, representing Kelley Coelho.
2. If called to testify, I could competently testify as to the facts within this declaration, based on personal knowledge.
3. On October 19, 2026, counsel for Defendants Alvarado-Gil and Bravo, Michael Strumwasser, and I spoke by telephone. He expressed no opposition to my intent to withdraw from this case but needed some time to confer with his clients regarding the issue of a stay.
4. On October 23, 2026, Michael Strumwasser and I spoke again by telephone. He advised that his clients were opposed to any stay as long as their motion to dismiss was pending. My notes indicate that Mr. Strumwasser and his clients believe his clients should not remain in this case and they would not consent to joining a position that prolong their further involvement in this case.
5. Despite not opposing the bulk of the motion, per the Court's rules, the motion has to be briefed and decided on by the Court.
6. I represent Kelley Coelho in the following matters in State Court: Maldonado-Padilla v. Coelho and Yarbrough v. Coelho. The former case is a restraining order petition brought by a director of a non-profit against my client; my client prevailed on an Anti-SLAPP motion, and we are in the process of collecting the mandatory fee award. The latter case is a defamation claim brought against my client. She has filed an Anti-SLAPP motion. My client communicates openly with me about both cases.
7. However, communication in this case regarding the unpaid fees, has broken down.
8. I have been unable to get any substantive response on this issue since shortly after being retained.

9. Despite not being paid (and, subsequently, Ms. Coelho being in material breach of our agreement), I have continued to diligently litigate this case by: (i) working with the Defendants on required status reports; (ii) amending Ms. Coelho's complaint; (iii) responding to directives and orders of this Court; and (iv) litigating challenges to the pleadings. I will continue to do so as long as I remain on the case.
10. I communicated my intent to withdraw on this case to my client on September 10, 2026. I reiterated this intent on September 18, 2026, on September 25, 2026, on October 2, 2026, on October 3, 2026, in the October 14, 2026, status report, and on October 16, 2026.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 24th day of October, 2026, at Manteca, California.

By: ______________________
Brandon J. Schwartz