# PROOF OF SERVICE

I am over 18 years of age and not a party to this action. My business address is 1104 Corporate Way, Ste. 244, Sacramento, CA 95831. My electronic service address is brandon.schwartz@schwartzapc.com.

On October 24, 2026, I served true copies of the following document(s):

1. **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF AND AN ORDER TO STAY THESE PROCEEDINGS**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF AND AN ORDER TO STAY THESE PROCEEDINGS**

The document(s) was/were served by the following means:

| | |
|---|---|
| ___X__ | **By electronic transmission.** Based on court e-filing rules, a court order, or an agreement of the parties to accept electronic service, I:<br>__X__ electronically served the documents on the person(s) at the electronic service address(es) below.<br>____ caused the documents to be sent to the person[s] at the electronic service address[es] set forth below via upload to [SERVICE PROVIDER NAME]. |

Mr. Michael J. Strumwasser
mstrumwasser@strumwooch.com; jthomson@strumwooch.com; loliver@strumwooch.com; smcnichols@strumwooch.com

Ms. Andrea Sheridan Ordin
aordin@strumwooch.com

Mr. Brian A. Bobb
Brian.bobb@legislativecounsel.ca.gov

Mr. Salvador Ernan Perez
sperez@strumwooch.com

Mr. Suli A. Mastorakos
Suli.mastorakos@legislativecounsel.ca.gov

Ms. Tessa Baizer
tbaizer@strumwooch.com

Counsel for Defendants Marie Alvorado-Gil and Vanessa Bravo

Ms. Kelley Coelho

misskcoelho@yahoo.com

Plaintiff

On October 24, 2026, I served true copies of the following document(s):

1. **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF AND AN ORDER TO STAY THESE PROCEEDINGS**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL FOR PLAINTIFF AND AN ORDER TO STAY THESE PROCEEDINGS**

The document(s) was/were served by the following means:

| | |
|---|---|
| ___X__ | **By United States Certified Mail.** |

Ms. Kelley Coelho

P.O. Box 1115

Hughson, CA 95326

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and accurate. Executed on October 24, 2026, at Manteca, California.

By: ______________________

Brandon J. Schwartz